UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

Plaintiff,

-against-

CATHERINE O'HAGAN WOLFF, et al,

Defendants.

26-CV-5350 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 4, 2005, Plaintiff was barred from filing any new action without first obtaining from the Court leave to file. *See Pettus v. Clarke*, 1:05-CV-1439, 5 (MBM) (S.D.N.Y. Feb. 4, 2005) (electronic docket entry, citing 28 U.S.C. § 1651), *appeal dismissed as frivolous*, No. 05-1314 (2d Cir. Sept. 29, 2005) (electronic docket entry). Yet Plaintiff files this new *pro se* action, seeking to proceed *in forma pauperis* (IFP), without first seeking the Court's leave to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the February 4, 2005 judgment and order in *Pettus v. Clarke*.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 30, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge